



## MEMORANDUM OPINION

No. 04-10-00080-CR

Jesse Jeffrey **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 242941
Honorable Monica Guerrero, Judge Presiding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed: February 10, 2010

DISMISSED

     Jesse Jeffrey Sanchez filed a notice of appeal seeking to appeal from a sentence imposed on

February 13, 2008.  The judgment was in accordance with Sanchez's plea bargain agreement, and

---

     [1] The Honorable Claude Davis presided over the plea proceeding, and the Honorable Monica Guerrero signed the judgment.

the record does not contain a trial court's certification showing Sanchez has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH